

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00768-CV

Mark **HOMER** a/k/a Doc's Space Center,
Appellant

v.

Ernesto **MARTINEZ**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 380903A
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Mark Homer a/k/a Doc's Space Center.

SIGNED December 5, 2018.

_____
Patricia O. Alvarez, Justice